[No. 34898-5-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ALAN COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01792-9, John F. Nichols, J., entered June 1, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 35275-3-II.   Division Two.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN LEE HECK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-8-00215-9, Stephen M. Warning and James E. Warme, JJ., entered August 15, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[Nos. 24927-1-III; 24974-3-III.   Division Three.   May 15, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. AMEL WILLIAM DALLUGE, *Appellant*.

Appeals from judgments of the Superior Court for Grant County, Nos. 05-1-00754-3 and 05-1-00755-1, Kenneth L. Jorgensen, J., entered January 10, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24282-0-III.   Division Three.   May 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAYTON BRICE LONG, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-02724-7, Michael E. Schwab, J., entered June 10, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.